```
                                                        **E-filed 12/19/07**




           UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
                                   CALIFORNIA
                               SAN JOSE DIVISION



MIKE GELLER,

                                             No. C-07-4763-JF
     Plaintiff,

      v.                                     Clerks's Notice

3-D TECHNICAL SERVICES,

     Defendants.
_____

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Case Management Conference
currently scheduled for January 11, 2008. The new hearing date is
Friday, January 18, 2008 at 10:30 AM.    The parties may appear
by telephone by contacting Court Call at 866-582-6878 in advance
of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States
District Courthouse, 280 South First Street, San Jose, CA 95113.



Dated: 12/19/07                      For the Court,
                                     Richard W. Wieking, Clerk

                                     Diana Munz
                                     electronic signature
                                     Courtroom Deputy
```