SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiff,<br><br>vs.<br><br>3-D TECHNICAL SERVICES, INC., a California Corporation,<br><br>Defendant. | CASE NO.:  C07 04763 JF RS<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date:  January 18, 2008<br>Time:  10:30 a.m.<br>Place:  Courtroom 3, 5th Floor<br><br>JUDGE: Hon. Jeremy Fogel |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Plaintiffs are filing a Request for Entry of Default against Defendant 3-D TECHNICAL SERVICES, INC., a California Corporation.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued until March 21, 2007, for another Case Management Conference.

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2 |  |
| 3  Dated: January 3, 2008 | *[signature]* |
| 4 | SUE CAMPBELL<br>Attorney for Plaintiff |

### ORDER

The Case Management Conference is hereby continued to March 21, 2008, at 10:30 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: _____     _____

JUDGE OF THE U.S. DISTRICT COURT

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER