**E-filed 1/8/08**

1  SUE CAMPBELL
Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
San Jose, California 95112
3  Phone: (408) 277-0648
Fax:    (408) 938-1035
4
Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  MIKE GELLER AND MIKE YARBROUGH      )  CASE NO.:  C07 04763 JF RS
    AS TRUSTEES OF THE INTERNATIONAL    )
11  BROTHERHOOD OF ELECTRICAL           )  CASE MANAGEMENT
    WORKERS LOCAL 302 HEALTH AND        )  CONFERENCE STATEMENT
12  WELFARE AND PENSION TRUST FUNDS,    )  AND ~~PROPOSED~~ ORDER
                                        )
13                   Plaintiff,         )
                                        )
14  vs.                                 )  Date:    January 18, 2008
                                        )  Time:    10:30 a.m.
15  3-D TECHNICAL SERVICES, INC.,       )  Place:   Courtroom 3, 5th Floor
    a California Corporation,            )
16                                      )  JUDGE: Hon. Jeremy Fogel
                     Defendant.         )
17  _____ )

18       Plaintiff in the above-entitled action submits this Case Management Statement and

19  proposed order, and requests that the court adopt it as the Case Management Order in this case.

20  Defendants have been served.  Plaintiffs are filing a Request for Entry of Default against

21  Defendant 3-D TECHNICAL SERVICES, INC., a California Corporation.

22                           **DESCRIPTION OF THE CASE**

23       This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

24  Funds.

25       Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request

26  for Default Judgment on defendant.  Therefore, Plaintiffs request that the case be continued

27  until March 21, 2007, for another Case Management Conference.

28

                                        1

1

2

3    Dated: January 3, 2008

Respectfully submitted,

_____
SUE CAMPBELL
Attorney for Plaintiff

4

5

6                                    **ORDER**

7        The Case Management Conference is hereby continued to March 21, 2008, at 10:30 a.m.,

8    in Courtroom 3, 5th Floor.  Plaintiff will file an update and proposed action ten (10) days prior

9    to the Case Management Conference.

10

11    Dated: _____1/8/07_____

12                                    _____
                                     JUDGE OF THE U.S. DISTRICT COURT
13                                    JEREMY FOGEL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28