**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

January 10, 2008

RE: <u>CV 07-04763 JF</u>   <u>MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND LFARE AN-v- 3-D TECHNICAL SERVICES, INC.</u>

Default is entered as to Defendant 3-D Technical Services, Inc., a California Corporation on 1/8/2008.

RICHARD W. WIEKING, Clerk

*Gordana Macic*

by<u>Gordana Macic</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89