# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, March 21, 2008
**Case Number:** CV-07-4763-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **MIKE GELLER, ET AL  V.  3-D TECHNICAL SERVICES**

                    **PLAINTIFF**                         **DEFENDANT**

    Attorneys Present:              Attorneys Present:

---

PROCEEDINGS:

    Case management conference held.  There are no appearances. Continued to
5/16/08 at 10:30 a.m. for further case management conference.