1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 MIKE GELLER AND MIKE YARBROUGH  )   CASE NO.:  C07 04763 JF RS
   AS TRUSTEES OF THE INTERNATIONAL )
11 BROTHERHOOD OF ELECTRICAL         )
   WORKERS LOCAL 302 HEALTH AND      )   NOTICE OF APPLICATION
12 WELFARE AND PENSION TRUST FUNDS, )    FOR DEFAULT JUDGMENT
                                     )   BY COURT AND FOR
13              Plaintiff,            )   ATTORNEY'S FEES
                                     )   RULE 55(b)(2)
14 vs.                               )
                                     )   DATE:    May 9, 2008
15 3-D TECHNICAL SERVICES, INC.,     )   TIME:    9:00 A.M.
   a California Corporation,          )   PLACE:   Courtroom 3, 5th Floor
16                                    )   JUDGE:   Hon. Jeremy Fogel
                Defendant.           )
17 _____)

18 To Defendant 3-D TECHNICAL SERVICES, INC., a California Corporation, and to its

19 attorney of record:

20      NOTICE IS HEREBY GIVEN that on May 9, 2008, at 9:00 a.m., or as soon thereafter

21 as the matter may be heard in Courtroom 3 - 5th Floor, of this court, located at 280 South First

22 Street, San Jose, California, Plaintiffs will move for a default judgment by court for $3,046.90

23 in liquidated damages, $601.20 in interest at 8% pursuant to contract from June 15, 2007

24 through September 13, 2007, $3,168.75 in attorney's fees, together with costs in the sum of

25 $428.00, for a total amount of judgment of $7,244.85.

26 ///

27 ///

28 ///

                                        1

NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND FOR ATTORNEY'S FEES

1    The application will be based on this notice of application, the declaration of Sue

2  Campbell, the declaration of Mike Yarbrough, the memorandum of points and authorities filed

3  herewith, the papers, records, and file herein, and such evidence as may be presented at the

4  hearing of the motion.

5

6  DATED: March 27, 2008

SUE CAMPBELL
Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND FOR ATTORNEY'S FEES

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 101, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**NOTICE OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AND FOR ATTORNEY'S FEES RULE 55(b)(2), MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF A DEFAULT JUDGMENT, DECLARATION OF MIKE YARBROUGH, AND DECLARATION OF SUE CAMPBELL**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

 (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

3-D TECHNICAL SERVICES, INC., a California Corporation
950 Detroit, Suite 15
Concord, CA 94518

 (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 2, 2008, at San Jose, California.

CHRISTINE DELGADILLO

3