SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiff,<br><br>vs.<br><br>3-D TECHNICAL SERVICES, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C07 04763 JF RS<br><br>DECLARATION OF MIKE YARBROUGH IN SUPPORT OF A DEFAULT JUDGMENT<br><br>DATE:  May 9, 2008<br>TIME:  9:00 A.M.<br>PLACE: Courtroom 3, 5th Floor<br>JUDGE: Hon. Jeremy Fogel |

I, MIKE YARBROUGH, do declare as follows:

1. At this time, and all times pertinent, I have been and am the Business Manager for the I.B.E.W. Local 302, and a trustee of the Health and Welfare, pension, and vacation Trust Fund.

2. The Defendant 3-D TECHNICAL SERVICES, INC., a California Corporation, signed a collective bargaining agreement with the Plaintiff Trust Funds on or about May 20, 1998. Said agreement was in effect then and continues to be in effect.

3. Said trust document provides in part that fringe benefits shall be paid to Plaintiff Trust Funds by the Defendants and that all payments shall be made on the 15th of the month following the month in which fringe benefits accrued. If they are not paid by the 20th of the month liquidated damages are due in the sum equal to fifteen percent of the principal

1

DECLARATION OF MIKE YARBROUGH

1 amount. Defendant was delinquent in paying fringe benefit contributions for the months of December 2006 through May 2007, and Plaintiff's complaint requested fringe benefit contributions in the amount of $30,469.10, plus 10% liquidated damages on the delinquent months. After the filing of the lawsuit, the delinquent fringe benefits were paid, however the liquidated damages stated in the complaint in the amount of $3,046.90 is now due and owing and unpaid from the Defendant to Plaintiffs.

4. Plaintiffs performed all conditions on their part to be performed and Defendant 3-D TECHNICAL SERVICES, INC., a California Corporation, continues to owe these monies. Plaintiff seeks judgment pursuant to this declaration.

5. Said collective bargaining agreement binds Defendant to the Contra Costa County Electrical Worker's Health and Welfare Trust Agreement (Article III, Section 8 of the collective bargaining agreement, attached to the complaint as Exhibit 1) and said trust agreement further provides attorney's fees shall be awarded in the event suit is filed (Article III, Section 5) to collect principal or liquidated damages under the agreement. A copy of the pertinent sections of the trust agreement are attached to the Declaration of Sue Campbell.

I declare under penalty of perjury that the foregoing is true and correct of my own knowledge. If called as a witness, I could competently testify to the foregoing.

Executed this 28th day of March, 2008, at Martinez, California.

_____
MIKE YARBROUGH

2

DECLARATION OF MIKE YARBROUGH