1

SUE CAMPBELL
Attorney at Law, State Bar Number 98728

2

1155 North First Street, Suite 101
San Jose, California 95112

3

Phone:  (408) 277-0648
Fax:     (408) 938-1035

4

Attorney for Plaintiffs

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

MIKE GELLER AND MIKE YARBROUGH )
AS TRUSTEES OF THE INTERNATIONAL )

CASE NO.:   C07 04763 JF RS

11

BROTHERHOOD OF ELECTRICAL )
WORKERS LOCAL 302 HEALTH AND )

CASE MANAGEMENT
CONFERENCE STATEMENT

12

WELFARE AND PENSION TRUST FUNDS, )
 )

13

Plaintiff, )
 )

14

vs. )
 )

Date:    May 16, 2008
Time:    10:30 a.m.
Place:   Courtroom 3, 5th Floor

15

3-D TECHNICAL SERVICES, INC., )
a California Corporation, )

JUDGE: Hon. Jeremy Fogel

16

 )
Defendant. )

17

_____ )

18

    Plaintiff in the above-entitled action submits this Case Management Statement and

19

proposed order, and requests that the court adopt it as the Case Management Order in this case.

20

Defendants have been served.  A Default judgment was submitted to be heard on May 9th.

21

Plaintiff inadvertently failed to appear at the May 9th hearing.  Plaintiffs request that the default

22

judgment hearing be granted on the papers.  Plaintiffs will appear at the May 16th Case

23

Management Conference hearing.

24

Respectfully submitted,

25

26

Dated: May 12, 2008          /s/    Sue Campbell
_____
SUE CAMPBELL

27

Attorney for Plaintiff

28

1