UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 9, 2008
**Case Number:** CV-07-4763-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:       MIKE GELLER  V. 3-D TECHNICAL SERVICES

PLAINTIFF                            DEFENDANT

Attorneys Present:                            Attorneys Present:

PROCEEDINGS:
   Hearing on Motion for Default Judgment held.  The motion is submitted on the pleadings.  The Court grants the motion.