**E-filed 5/13/08**

SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiff,<br><br>vs.<br><br>3-D TECHNICAL SERVICES, INC., a California Corporation,<br><br>Defendant. | CASE NO.:  C07 04763 JF RS<br><br>JUDGMENT BY DEFAULT BY COURT<br><br>DATE:   May 9, 2008<br>TIME:   9:00 A.M.<br>PLACE:  Courtroom 3, 5th Floor<br>JUDGE:  Hon. Jeremy Fogel |

The defendant 3-D TECHNICAL SERVICES, INC., a California Corporation, having been regularly served with summons and copy of complaint, having failed to appear and answer said complaint within the time allowed by law, and the default of said defendant having been duly entered, upon application to plaintiff to Court, and pursuant to affidavit on file herein, the Court orders the following JUDGMENT.

It is ordered and adjudged that Plaintiffs MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS have and recover from said Defendant 3-D TECHNICAL SERVICES, INC., a California Corporation, the sum of $3,046.90 in liquidated damages, $601.20 in interest at 8% pursuant to contract from June 15, 2007 through September 13, 2007, $3,168.75 in attorney's

1  fees, together with costs in the sum of $428.00, for a total amount of judgment of $7,244.85.

3  Dated:    5/13/08

                                      JUDGE OF THE U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
                                      Jeremy Fogel

JUDGMENT BY DEFAULT BY COURT