**E-Filed 05/23/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>3-D TECHNICAL SERVICES, INC., a California Corporation,<br><br>Defendant. | Case Number C 07-04763<br><br>ORDER[1] GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>[re: docket no. 10] |

    The instant action was filed on April 2, 2008. Plaintiffs Mike Geller and Mike Yarbrough ("Plaintiffs"), allege that Defendant, 3-D Technical Services, Inc. ("Defendant"), violated the terms of a collective bargaining agreement by not paying money due to certain funds that were part of an employee pension benefits plan. Defendant was served with the Summons and Complaint in this case on September 17, 2007. On January 8, 2008, the clerk entered default

---

[1] This disposition is not designated for publication and may not be cited.

1  against Defendants. Plaintiffs seek $3,046.90 in liquidated damages, $601.20 in interest at the
2  rate of eight percent, $3,168.75 in attorney's fees and $428.00 in costs, for a total amount of
3  $7,244.85. Plaintiffs' application for default judgment complies with the requirements of Fed. R.
4  Civ. P. § 55(b)(2) and is supported by the declaration of their counsel, Sue Campbell.
5         Good cause therefore appearing, IT IS HEREBY ORDERED that the application for
6  default judgment is GRANTED. Plaintiffs shall recover the sum of $7,244.85 as set forth above.

8  DATED: May 23, 2008

                                    _____
                                    JEREMY FOGEL
                                    United States District Judge

2

Case No. C 07-04763
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFEX3)

1  This Order has been served upon the following persons:

2  Plaintiffs' Counsel:

3  Sue Campbell
   suecampbell@att.net

4  Defendant's Agent For Service of Process:

5

6  Thomas Del Beccaro
   800 South Broadway Ste 301
   Walnut Creek, CA 94596

3

Case No. C 07-04763
ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
(JFEX3)