**E-Filed 05/23/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MIKE GELLER AND MIKE YARBROUGH AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>3-D TECHNICAL SERVICES, INC., a California Corporation,<br><br>　　　　　　　　Defendant. | Case Number C 07-04763<br><br>JUDGMENT [1]<br><br>[re: docket no. 10] |

　　　Plaintiffs' motion for default judgment having been granted, Judgment is entered in favor of Plaintiffs and against Defendant. The Clerk shall close the file.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-04763
JUDGMENT
(JFEX3)

1  DATED: May 23, 2008

			_____
			JEREMY FOGEL
			United States District Judge

1  This Judgment has been served upon the following persons:

2  Plaintiffs' Counsel:

3  Sue Campbell
suecampbell@att.net

4  Defendant's Agent For Service of Process:

5

6  Thomas Del Beccaro
800 South Broadway Ste 301
Walnut Creek, CA 94596

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-04763
JUDGMENT
(JFEX3)